**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1400**

DEBRA I. ROBERTSON,

            Plaintiff - Appellant,

      v.

CREE, INCORPORATED,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, Senior District Judge.  (5:09-cv-00189-H)

Submitted:  June 17, 2010              Decided:  June 25, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Debra I. Robertson, Appellant Pro Se. Richard D. Haygood, KILPATRICK STOCKTON, LLP, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra I. Robertson appeals the district court's order dismissing her complaint alleging retaliation and race, gender, and age discrimination for failing to state a claim on which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robertson v. Cree, Inc., No. 5:09-cv-00189-H (E.D.N.C. Mar. 29, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED